(No. 6529)

Approved Home, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed September 11, 1972.*

Kreger and Karton, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

PERLIN, C.J.